**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **STEVEN CALDRON, M16396,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-cv-371-DWD** |
| | ) | |
| **LT. PIPER,** | ) | |
| **LT. TOLIVER,** | ) | |
| **C/O BROWN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF IMPENDING DISMISSAL

**DUGAN, District Judge:**

On March 30, 2026, Plaintiff was ordered to file a Motion for Leave to Proceed *in forma* pauperis ("IFP") or pay the filing fee of $405.00 on or before April 29, 2026 (Doc. 3). Plaintiff was clearly warned that failure to do so would result in dismissal of this action. *Id.* To date, Plaintiff has not paid the filing fee or filed a Motion for Leave to Proceed IFP. Plaintiff will be given one last opportunity to pursue this case. Accordingly, Plaintiff is **ORDERED** to file a Motion for Leave to Proceed IFP or pay the $405.00 filing fee for this case on or before **May 28, 2026. Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice.**

IT IS SO ORDERED.

Dated: May 7, 2026

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge